IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Stonum, Patrick M

Printed: 1/8/08

Case Number:  04 B 14080
Judge: Hollis, Pamela S
Filed: 4/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2007
Confirmed: June 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,898.00 |  |
| Secured: |  | 5,581.18 |
| Unsecured: |  | 1,286.85 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,535.00 |
| Trustee Fee: |  | 494.97 |
| Other Funds: |  | 0.00 |
| Totals: | 9,898.00 | 9,898.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Neal Feld | Administrative | 2,535.00 | 2,535.00 |
| 2. | Fairlane Credit L.L.C. | Secured | 5,581.18 | 5,581.18 |
| 3. | RoundUp Funding LLC | Unsecured | 1,452.61 | 183.86 |
| 4. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 568.03 | 71.91 |
| 5. | United States Dept Of Education | Unsecured | 7,205.81 | 912.10 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 940.00 | 118.98 |
| 7. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 8. | Macy's | Unsecured |  | No Claim Filed |
| 9. | SBC | Unsecured |  | No Claim Filed |
| 10. | Illinois Secretary Of State | Unsecured |  | No Claim Filed |
| 11. | EJM & Hart | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 18,282.63 | $ 9,403.03 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 50.64 |
| 6.5% | 105.25 |
| 3% | 18.00 |
| 5.5% | 141.74 |
| 5% | 37.49 |
| 4.8% | 98.64 |
| 5.4% | 43.21 |
|  | _____ |
|  | $ 494.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stonum, Patrick M

Printed: 1/8/08

Case Number: 04 B 14080
Judge: Hollis, Pamela S
Filed: 4/8/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

